Brigitte Branconnier
497 Greenwich Street 2C
New York, NY 10013
646-269-4859
bbran@mac.com


RECEIVED
FEB 2 7 2026
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

February 24th, 2026

Hon. Judge John Mastando
1 Bowling Green
New York, NY 10004

Case Name : Brigitte Branconnier V. Attorney Linda M. Tirelli
Case No: 24-12266-PB

Dear Hon Judge Mastando :

I respectfully submit this letter as an ex parte request regarding the above-referenced fee application since my previous attorney TIrelli is now unavailable and unreachable .
My previous Attorney Linda M. Tirelli claimed in her fee application that I owe her $19,387.80 for services from December 2024 to September 2025.

As far as I know, nothing was ever negotiated and the case was is a state of mess which is being cleaned up by my new counsel Todd Cushner . I never received a copy of the fee application and found out about it thru my new attorney. , I certainly oppose the court allowing this fee.. Additionally, I paid Ms. Tirelli a $8,000.00 retainer in December 2024 which I believe was very high compared to other attorneys that I have spoken with .

I respectfully request that the court grant my request to oppose payment of $19,387.80 to Linda M. Tirelli , or at the very least, I would like an opportunity to object to this fee application being granted while my case is still open and being worked on by new counsel.

Thank you for your time and consideration



Brigitte Branconnier